**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL C. MORIN,**
        **Plaintiff,**

**-vs-**                                                   **Case No. 6:07-cv-1172-Orl-18DAB**

**DAVID H. HANNA, JR.,**
        **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO COMPEL DISCOVERY (Doc. No. 16)**
>
> **FILED:**       **November 27, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**, in part.

As is clear from Plaintiff's response, the motion is well taken. It appears that Plaintiff has since provided answers to Interrogatories and some, but not all, documentation in response to a Request to Produce. Plaintiff "does not oppose entry of an order compelling discovery" but seeks additional time to complete production of responsive documents, as Plaintiff is only available for a few days every few months and "his schedule is such that he is generally not available during ordinary business hours." Plaintiff's obligations to respond to discovery requests are not confined to those few hours a quarter he finds it convenient to do so. If Plaintiff wishes to prosecute this lawsuit, he must do so in accordance with the federal and local rules and the Orders of this Court, rather than the dictates of his personal calendar. While it is not unusual for a litigant to have the occasional scheduling issue, it is expected that litigants will make themselves reasonably available

to respond to discovery requests.  Delaying responses for months and being completely unavailable during business hours is not reasonable.

Plaintiff is **ordered** to comply with the discovery requests **within eleven days of the date of this Order** or at such other time as is mutually agreed upon by counsel.  As motion costs were not sought, none are awarded.

**DONE** and **ORDERED** in Orlando, Florida on December 11, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record