**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL C. MORIN,**
    **Plaintiff,**

**-vs-**      Case No. 6:07-cv-1172-Orl-18DAB

**DAVID H. HANNA, JR.,**
    **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION TO EXTEND TIME TO COMPLY WITH DEADLINES (Doc. No. 22)**
>
> **FILED:** June 25, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The reason offered for the requested two month extension of court deadlines is Plaintiff's unavailability, due to his busy tour schedule. The Court finds this does not constitute good cause. As this Court advised Plaintiff in December, "[i]f Plaintiff wishes to prosecute this lawsuit, he must do so in accordance with the federal and local rules and the Orders of this Court, rather than the dictates of his personal calendar. While it is not unusual for a litigant to have the occasional scheduling issue, it is expected that litigants will make themselves reasonably available to respond to discovery requests." Doc. No. 18. The Court's position has not changed. There is no showing why discovery could not be completed within the year allotted by the parties.

That said, the parties are free to stipulate pursuant to Rule 29, Fed. R. Civ. P., regarding various ways to accommodate Plaintiff's schedule, short of an extension (*e.g.,* traveling to Plaintiff's locale, taking depositions during non-traditional days or hours, or utilizing videoconferencing technology).

**DONE** and **ORDERED** in Orlando, Florida on June 25, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record